IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**

WESTERN DISTRICT OF OKLAHOMA    MAY 17 2006

ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. **CR 06-114 T** |
| -vs- ) | |
| ) | Violation: 18 U.S.C. § 871(a) |
| JEREMY VAUGHN PINSON, ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

On or about August 17, 2005, at Lawton, Comanche County, within the Western District of Oklahoma, and elsewhere,

---------------------------------- **JEREMY VAUGHN PINSON,** ----------------------------------

the defendant herein, did knowingly and willfully threaten the President of the United States by depositing in the United States Mail a letter threatening to kill and inflict bodily harm upon the President, to-wit: "YOU WILL DIE SOON! DIE BUSH DIE."

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

*/s/ Steve Fluke*
FOREPERSON OF THE GRAND JURY

JOHN C. RICHTER
United States Attorney

*/s/ James F. Robinson*
JAMES F. ROBINSON
Assistant U.S. Attorney