COURTROOM MINUTE SHEET

DATE September 28, 2006

CIVIL NO. _____-R     CRIMINAL NO. _____06-114_____-R

_____ -vs- _____

United States -vs- _____JEREMY VAUGHN PINSON_____

COMMENCED 1:30        ENDED 1:45        TOTAL TIME 15 MIN

PROCEEDINGS   Competency Hearing

JUDGE DAVID L. RUSSELL        DEPUTY NANCY STARK        REPORTER ALANA LaGROW

PLF. COUNSEL   Jim Robinson

DFT COUNSEL    Julia Summers

WITNESSES FOR PLAINTIFF                WITNESSES FOR DEFENDANT

1. _____              1. _____
2. _____              2. _____
3. _____              3. _____
4. _____              4. _____
5. _____              5. _____

ENTER AS ABOVE   Defendant appeared in person with above counsel. The Court made a finding the Defendant is competent and case will proceed to trial. Defendant's Motion for approval for hybrid representation is Denied. The Court strikes all of the other motions filed by the Defendant himself. The case is set on the November Jury Docket. Defendant remanded to the custody of the USM.