9-20-06

Jeremy Pinson
201 N. Shartel
OKC, OK, 73102

FILED

SEP 28 2006

ROBERT D. DENNIS
U.S. DIST. COURT WESTERN DIST OF OKLA.
BY_____ DEPUTY

IN Re: CR-06-114-R

    I am writing to privately request that gag orders be issued in the above referenced case as the media has reported on this case and I think medic grandstanding by either side would taint a future jury pool.

That is all, thank you for your time and consideration.

Regards,

Jeremy