IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-06-114-R |
| ) | |
| JEREMY VAUGHN PINSON, ) | |
| ) | |
| Defendant. ) | |

## VERDICT

We, the Jury, being duly sworn and upon our oaths find the Defendant, Jeremy Vaughn Pinson:

Not Guilty _____     Guilty __✗__

11/14/2006
DATE

_Ronald Craig Hayes_
FOREPERSON