# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR-06-114-R |
| | ) | CR-07-23-R |
| JEREMY VAUGHN PINSON, | ) ) | |
| Defendant. | ) | |

## O R D E R

This is to advise the parties that in the Defendant's sentencing set for April 2, 2007, the Court will consider an upward variance or departure in the Defendant's sentence based on 18 U.S.C. § 3553(a)(2)(C), specifically to protect the public from further crimes of the Defendant.

**It is so ordered this 30th day of March, 2007.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE