SENTENCING COURTROOM MINUTE SHEET                                    DATE April 2, 2007

CR. CASE NO.     06-114-1          R   U.S.A. -vs-  JEREMY VAUGHN PINSON

COMMENCED     9:30            ENDED    12:50          TOTAL TIME   3 hours 20 min.

JUDGE DAVID L. RUSSELL            DEPUTY NANCY STARK         REPORTER ALANA LaGROW

COUNSEL FOR PLF.    James Robinson

COUNSEL FOR DFT.    Julia Summers

SENTENCING MINUTE:    Dft. appears in person  with/without    private / public defender / ct, apptd  counsel

Probation Report reviewed by counsel and dft.             Probation Officer:  Lea Isbill

Counts _____ of the indictment dismissed as per order filed.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF  60 months on Count 1.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of 3 years on Count 1.

Defendant placed on probation for a period of _____

Defendant to abide by following conditions of probation/supervised release:
( X )   report in person to the probation office in the district to which released within 72 hours of release from the custody of the Bureau of Prisons.
( X )   shall comply with the standard conditions of supervision that have been adopted by this Court.
( X )   shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.
( X )   shall not possess a firearm or destructive device.
( X )   shall notify the probation officer 10 days prior to any change in residence or employment.
( X )   shall refrain from any unlawful use of a controlled substance.
( X )   shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
( X )   special condition: the dft shall participate in a program of substance abuse aftercare at the direction of the probation officer. Totally abstain from use of alcohol and/or other intoxicants both during and after completion of any treatment program.
( X )   shall participate in the Inmate Financial Responsibility Program while incarcerated.
( X )   shall participate in the Residential Drug Abuse Program while incarcerated.
( X )   other:   Participate in a mental health aftercare program

Dft ordered to pay a fine in amt of $_____.   Fine is hereby waived due to dft's inability to pay such fine.

In lieu of a fine, the dft is ordered to complete _____ hours of community service during the first year of supervised release.

Dft ordered to pay restitution in the amt of $_____

PAY A SPECIAL ASSESSMENT FEE OF $ 100         on Count(s)    1        for a total of $ 100    Due immediately.

DFT. adv. of right to appeal & to appeal in f.p.  DFT. gives oral notice of appeal and Clerk directed to spread of record APPEAL BOND set in the amt of _____ CASH or SURETY.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at:  Butner, North Carolina

Execution of sentence stayed until _____ NOON _____,
at which time defendant's court appearance bond will be exonerated.  Dft. to remain on present bond until he/she reports to designated prison.

BOND EXONERATED.         DFT. REMANDED  TO U.S.M.

Plaintiff's exhibits 1-5 and Defendant's exhibit 1 admitted and are attached.  Testimony heard from witness Lori Bynum and Dr. Melvin Preisz.