# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff, )<br>     )<br>v.   )<br>     )<br>JEREMY VAUGHN PINSON, )<br>     )<br>          Defendant. ) | Case No. CR-06-114-R |

## ORDER

Before the Court is Defendant's pro se Motion [Doc. No. 218] seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the U.S. Sentencing Guidelines. The United States responded in opposition [Doc. No. 222] and the matter is now at issue.

Upon review of the parties' submissions and the Probation Office's Amended Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821 [Doc. No. 221], the Court finds that Amendment 821 does not affect Defendant's guideline range and Defendant is therefore ineligible for a sentence reduction.

Accordingly, Defendant's motion [Doc. No. 218] is DISMISSED.

IT IS SO ORDERED this 9th day of February, 2024.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE